# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-1445
_____

MARAH LITCHFORD,

   Appellant,

v.

MATTHEW J. MICHALSKI,

   Appellee.

_____

On appeal from the Circuit Court for Wakulla County.
J. Layne Smith, Judge.

March 21, 2024

PER CURIAM.

   AFFIRMED.

OSTERHAUS, C.J., and ROBERTS and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Daniel Clibbon, of Legal Services of North Florida, Tallahassee, for Appellant.

Matthew J. Michalski, pro se, Appellee.